UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENJAMIN KYE; and CAMERON JOHNSON, Individually, and on Behalf of All Others Similarly Situated,<br><br>       Plaintiffs,<br><br> -against-<br><br>CRUNCH HOLDINGS, LLC; CRUNCH FRANCHISING, LLC; CRUNCH, LLC,<br><br>       Defendants. | 1:25-cv-4321<br><br>**MOTION FOR ADMISSION**<br><br>**PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Tyler Somes hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Benjamin Kye and Cameron Johnson in the above-captioned action.

I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 5/22/2025

Respectfully Submitted,

Tyler Somes

Applicant Signature: /s/ Tyler Somes

Applicant's Name: Tyler Somes

Firm Name: Hedin LLP

Address: 1100 15th Street, NW

City/State/Zip: Washington, DC 20005

Telephone/Fax: (202) 900-3332

Email: tsomes@hedinllp.com