UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN KYE and
CAMERON JOHNSON, individually and on
behalf of all others similarly situated,

              Plaintiffs,

v.    Case No. 1:25-cv-4321

CRUNCH HOLDINGS, LLC; CRUNCH
FRANCHISING, LLC; CRUNCH, LLC,

              Defendants.

## DECLARATION OF TYLER SOMES IN SUPPORT OF PRO HAC VICE ADMISSION

I, Tyler Somes, declare as follows:

1. I am an attorney with the law firm Hedin LLP, counsel for Plaintiffs Benajmin Kye and Cameron Johnson in the above captioned matter. I submit this Declaration in support of my Motion for Pro Hac Vice Admission.

2. I am a member in good standing of the bar the District of Columbia and I have attached a Certificate of Good Standing issued within the last thirty (30) days (**Exhibit A**).

3. I have never been convicted of a felony.

4. I was once fined in the amount of $150 by the Hon. Mark T. Pittman of the United States District Court for the Northern District of Texas. The circumstances of this fine are described in the letter attached as **Exhibit B**. Besides that instance, I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5. There are no disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 22, 2025

Respectfully submitted,

/s/ *Tyler Somes*
Tyler Somes
**HEDIN LLP**
1100 15th Street NW, Suite 04-108
Washington DC, 20005
Tel: (202) 900-3332
E-mail: tsomes@hedinllp.com