UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENJAMIN KYE; and CAMERON JOHNSON, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br>v.<br><br>CRUNCH HOLDINGS, LLC; CRUNCH FRANCHISING, LLC; CRUNCH, LLC,<br>                                          Defendants. | Civil Action No. 1:25-cv-4321<br><br>**ORDER FOR<br>ADMISSION PRO HAC VICE** |

    The motion of Tyler Somes, for admission to practice Pro Hac Vice in the above captioned action is granted.

    Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of District of Columbia; and that his/her contact information is as follows (please print):

    Applicant's Name: Tyler Somes

    Firm Name: Hedin LLP

    Address: 1100 15th Street NW, Suite 04-108

    City/ State/ Zip: Washington DC, 20005

    Telephone/ Fax: (202) 900-3332

    Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Benjamin Kye and Cameron Johnson in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: May 23, 2025

_____
JEANNETTE A. VARGAS
United States District Judge