AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Benjamin Kye, Cameron Johnson, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:25-cv-04321-JAV |
| Crunch Holdings, LLC, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Benjamin Kye, Cameron Johnson, and all others similarly situated,                                    .

Date:      06/03/2025

/s/ Matthew J. Langley
*Attorney's signature*

Matthew J. Langley, Bar No. 4831749
*Printed name and bar number*

Almeida Law Group
849 W. Webster Avenue
Chicago, IL 60614
*Address*

matt@almeidalawgroup.com
*E-mail address*

(773) 554-9354
*Telephone number*

*FAX number*