UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BENJAMIN KYE and
CAMERON JOHNSON, individually and on
behalf of all others similarly situated,

        Plaintiffs,

   v.

CRUNCH HOLDINGS, LLC; CRUNCH
FRANCHISING, LLC; CRUNCH, LLC,

        Defendants.

Case No. 1:25-04321-JAV

---

## PROOF OF SERVICE OF
## NOTICE OF INITIAL PRETRIAL CONFERENCE

    Plaintiffs Benjamin Kye and Cameron Johnson hereby notify the Court that they have served, through counsel, the Notice of Initial Pretrial Conference entered by the Court on the docket at ECF No. 14, as well as the Court's Individual Rules and Practices in Civil Cases, as shown in **Exhibit A**.

Dated: June 3, 2025

Respectfully submitted,

/s/ Elliot O. Jackson
Elliot O. Jackson
NY Attorney Reg. No. 6076798
HEDIN LLP
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107
Facsimile:  (305) 200-8801
ejackson@hedinllp.com

Tyler K. Somes (*pro hac vice*)
District of Columbia Bar No. 90013925
HEDIN LLP
1100 15th Street NW, Ste 04-108
Washington, D.C. 20005
Telephone: (202) 900-3332
Facsimile:  (305) 200-8801
tsomes@hedinllp.com

Matthew J. Langley
NY Attorney Reg. No. 4831749
ALMEIDA LAW GROUP LLC
849 W. Webster Avenue
Chicago, Illinois 60614
Telephone: (312) 576-3024
matt@almeidalawgroup.com

*Counsel for Plaintiffs and Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2025, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which sent notification of such filing to counsel of record.

DATED June 3, 2025.

/s/  Tyler K. Somes