**From:** Tyler Somes tsomes@hedinllp.com
**Subject:** Kye v. Crunch Holdings, LLC, et al. - Notice of Initial Pretrial Conference
**Date:** June 3, 2025 at 1:17 PM
**To:** Ross, Ian M. iross@sidley.com
**Cc:** Frank Hedin fhedin@hedinllp.com, Matthew Langley matt@almeidalawgroup.com, ejackson@hedinllp.com

Ian,

I hope you're doing well.

I'm writing with respect to *Kyle v. Crunch Holdings, LLC*, No. 1:25-cv-04321-JAV (S.D.N.Y.).

Please see attached Docket Entry No. 14, a Notice of Initial Pretrial Conference. This Notice sets an initial pretrial conference for September 4, 2025, at 11:00am. The conference will be held in Courtroom 14C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The Notice also requires the parties to confer and submit a joint letter and Proposed Civil Case Management Plan and Scheduling Order by August 28, 2025.

Also attached are Judge Vargas's Individual Rules and Practices in Civil Cases.

Would you like to get a conference on the calendar for early July?

Thanks,
Tyler

Tyler Somes
**Hedin LLP**
1100 15th Street NW, Suite 04-108
Washington DC, 20005
(202) 900-3332
www.hedinllp.com

📎 **JAV Vargas Individual Rules and Practicies in Civil Cases ...**
235 KB

📎 **2025.06.03 ECF_14 Notice of Initial Pre-trial Conference.pdf**
161 KB