AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Benjamin Kye and Cameron Johnson ) | |
| *Plaintiff* ) | |
| v.  ) | Case No. 1:25-cv-4321 (JAV) |
| Crunch Holdings, LLC, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Crunch Holdings, LLC; Crunch Franchising, LLC; Crunch, LLC                              .

Date:    07/18/2025

/s/ James R. Horner
*Attorney's signature*

James R. Horner
*Printed name and bar number*

Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
*Address*

jhorner@sidley.com
*E-mail address*

(212) 839-5300
*Telephone number*

(212) 839-5599
*FAX number*