UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENJAMIN KYE and CAMERON JOHNSON, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>   v.<br><br>CRUNCH HOLDINGS, LLC; CRUNCH FRANCHISING, LLC; CRUNCH, LLC,<br><br>            Defendants. | Case No.: 1:25-cv-4321 (JAV)<br><br>**CRUNCH FRANCHISING, LLC'S RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Crunch Franchising, LLC hereby states that Defendant Crunch Franchising, LLC's parent corporation is Crunch Holdings, LLC, a Delaware limited liability company. No publicly held corporation owns more than 10% of Defendant Crunch Franchising, LLC's stock.

Dated: July 18, 2025
       New York, NY

Respectfully submitted,

*/s/ James R. Horner*
James R. Horner
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: jhorner@sidley.com

Ian M. Ross (*pro hac vice* forthcoming)
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive
Miami, FL 33131
Telephone: (305) 391-5100
Facsimile: (305) 391-5101
Email: iross@sidley.com

*Counsel for Defendant Crunch Franchising, LLC*