**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BENJAMIN KYE and CAMERON JOHNSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>CRUNCH HOLDINGS, LLC; CRUNCH FRANCHISING, LLC; CRUNCH, LLC,<br><br>    Defendants. | Case No.: 1:25-cv-4321 (JAV)<br><br>**CRUNCH, LLC'S**<br>**RULE 7.1 DISCLOSURE**<br>**STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Crunch, LLC hereby states that Defendant Crunch, LLC's parent corporation is Crunch Holdings, LLC, a Delaware limited liability company. No publicly held corporation owns more than 10% of Defendant Crunch, LLC's stock.

Dated: July 18, 2025
   New York, NY

Respectfully submitted,

*/s/ James R. Horner*
James R. Horner
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone:  (212) 839-5300
Facsimile:  (212) 839-5599
Email: jhorner@sidley.com

Ian M. Ross (*pro hac vice* forthcoming)
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive
Miami, FL 33131
Telephone:  (305) 391-5100
Facsimile:  (305) 391-5101
Email: iross@sidley.com

*Counsel for Defendant Crunch, LLC*