

SIDLEY AUSTIN LLP  
787 SEVENTH AVENUE  
NEW YORK, NY 10019  
+1 212 839 5300  
+1 212 839 5599 FAX

+1 212 839 5828  
JHORNER@SIDLEY.COM

August 18, 2025

**By ECF**

Honorable Jeannette A. Vargas  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

      Re:    *Benjamin Kye, et al. v. Crunch Holdings, LLC, et al.*  
             Case No. 1:25-cv-4321-JAV  
             <u>Letter in Motion to Adjourn Initial Pretrial Conference</u>

Dear Judge Vargas:

      We write on behalf of Defendants Crunch Holdings, LLC, Crunch Franchising, LLC, and Crunch, LLC to respectfully request that the Court adjourn the initial pretrial conference, currently scheduled for September 4, 2025. *See* ECF No. 14. The undersigned's colleague, Ian Ross, who will be lead counsel for Defendants in this matter (and who will be filing a motion to be admitted *pro hac vice* shortly) has a scheduling conflict that day. Specifically, Mr. Ross will be appearing at an in-person final class action settlement approval hearing in *In re LoanCare Data Security Breach Litigation*, No. 3:23-cv-01508-CRK-MCR (M.D. Fla.). The hearing begins at 10:00 AM and will be held in Jacksonville, Florida. This is the first request to adjourn this conference. Counsel for Plaintiffs does not oppose this request. We conferred with counsel for Plaintiffs as to his availability and propose September 22, 23, 25, or 26 as alternative dates.

      We thank the Court for its time and attention to this matter.

                                          Respectfully submitted,

                                          <u>*/s/ James R. Horner*</u>  
                                          James R. Horner

                                          *Attorney for Defendants Crunch Holdings, LLC, Crunch Franchising, LLC, and Crunch, LLC*

cc: All counsel of record (via ECF)

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.