

SIDLEY AUSTIN LLP  
787 SEVENTH AVENUE  
NEW YORK, NY 10019  
+1 212 839 5300  
+1 212 839 5599 FAX

+1 212 839 5828  
JHORNER@SIDLEY.COM

August 20, 2025

**By ECF**

Honorable Jeannette A. Vargas  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

    Re:    *Benjamin Kye, et al. v. Crunch Holdings, LLC, et al.*  
           Case No. 1:25-cv-4321-JAV  
           <u>Letter re Stipulated Protective Order</u>

Dear Judge Vargas:

    We write on behalf of Defendants Crunch Holdings, LLC, Crunch Franchising, LLC, and Crunch, LLC in support of the stipulated protective order to govern discovery in the above-captioned case. Pursuant to Rule 5(N) of the Court's Individual Rules, the parties have adopted, without alteration, the Court's Model Protective Order.

    We thank the Court for its time and attention to this matter.

                                Respectfully submitted,

                                <u>*/s/ James R. Horner*</u>  
                                James R. Horner

                                *Attorney for Defendants Crunch Holdings, LLC, Crunch Franchising, LLC, and Crunch, LLC*

cc: All counsel of record (via ECF)