## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENJAMIN KYE and CAMERON JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRUNCH HOLDINGS, LLC; CRUNCH FRANCHISING, LLC; CRUNCH, LLC,<br><br>Defendants. | Case No. 1:25-cv-4321 (JAV)<br><br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Ian M. Ross hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendants Crunch Holdings, LLC, Crunch Franchising, LLC, and Crunch, LLC ("Defendants") in the above-captioned matter.

I am in good standing of the bars of the States of Florida and Illinois, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the declaration required pursuant to Local Rule 1.3.

Dated: September 11, 2025        Respectfully submitted,

SIDLEY AUSTIN LLP
By: _/s/ Ian M. Ross_
Ian M. Ross
1001 Brickell Bay Drive
Miami, FL 33131
Telephone: (305) 391-5100
Facsimile: (305) 391-5101
Email: iross@sidley.com

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BENJAMIN KYE and CAMERON JOHNSON, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>        v.<br><br>CRUNCH HOLDINGS, LLC; CRUNCH FRANCHISING, LLC; CRUNCH, LLC,<br><br>                    Defendants. | Case No. 1:25-cv-4321 (JAV)<br><br><br>**DECLARATION OF IAN M. ROSS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

Pursuant to 28 U.S.C. § 1746, Ian M. Ross, an attorney admitted to practice in Florida and Illinois, declares under penalty of perjury that the following is true and correct:

1.      I am a partner with the law firm of Sidley Austin, LLP, attorneys for Defendants Crunch Holdings, LLC, Crunch Franchising, LLC, and Crunch, LLC ("Defendants") in the above-captioned matter.

2.      I submit this declaration in support of my motion for admission to practice *Pro Hac Vice* in the above-captioned matter.

3.      As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Florida and the Bar of the State of Illinois.

4.      I have never been convicted of a felony, have never been censured, suspended, disbarred, or denied admission or readmission by any court, and there are no disciplinary proceedings against me in any jurisdiction.

5.      I certify that I have knowledge of all applicable local rules of the United States District Court for the Southern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 11, 2025              Respectfully submitted,

SIDLEY AUSTIN LLP
By: */s/ Ian M. Ross*
Ian M. Ross
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive
Miami, FL 33131
Telephone: (305) 391-5100
Facsimile:  (305) 391-5101
Email: iross@sidley.com

*Counsel for Defendants*

# Supreme Court of Florida

## Certificate of Good Standing

*I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

### IAN M ROSS

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **SEPTEMBER 22, 2011,** *is presently in good standing, and that the private and professional character of the attorney appear to be good.*



*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this SEPTEMBER 4, 2025.*

*Clerk of the Supreme Court of Florida*

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Ian Matthew Ross

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/10/2005 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 4th day of September, 2025.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BENJAMIN KYE and CAMERON JOHNSON, individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>    v.<br><br>CRUNCH HOLDINGS, LLC; CRUNCH FRANCHISING, LLC; CRUNCH, LLC,<br><br>               Defendants. | Case No. 1:25-cv-4321 (JAV)<br><br><br>**[PROPOSED]**<br>**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*** |

The motion of Ian M. Ross for admission to practice *Pro Hae Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the States of Florida and Illinois; and that his contact information is as follows:

> Ian M. Ross
> SIDLEY AUSTIN LLP
> 1001 Brickell Bay Drive
> Miami, FL 33131
> Telephone: (305) 391-5100
> Facsimile:  (305) 391-5101

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendants Crunch Holdings, LLC, Crunch Franchising, LLC, and Crunch, LLC in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above entitled action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  September __, 2025

_____
Jeannette A. Vargas, U.S.D.J.