# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

BENJAMIN KYE and CAMERON JOHNSON, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

CRUNCH HOLDINGS, LLC; CRUNCH FRANCHISING, LLC; CRUNCH, LLC,

Defendants.

Case No. 1:25-cv-4321 (JAV)

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

The motion of Ian M. Ross for admission to practice *Pro Hae Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the States of Florida and Illinois; and that his contact information is as follows:

Ian M. Ross
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive
Miami, FL 33131
Telephone: (305) 391-5100
Facsimile:  (305) 391-5101

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendants Crunch Holdings, LLC, Crunch Franchising, LLC, and Crunch, LLC in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above entitled action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: September 11, 2025

_____
Jeannette A. Vargas, U.S.D.J.