UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BENJAMIN KYE and
CAMERON JOHNSON, individually and on
behalf of all others similarly situated,

                Plaintiffs,

v.

CRUNCH HOLDINGS, LLC; CRUNCH
FRANCHISING, LLC; CRUNCH, LLC,

                Defendants.

---

**MEMO ENDORSED**

Case No. 1:25-cv-04321

## JOINT STIPULATION OF DISMISSAL OF PLAINTIFF CAMERON JOHNSON'S CLAIM

Plaintiff Cameron Johnson and Defendants Crunch Holdings, LLC, Crunch Franchising, LLC, and Crunch, LLC hereby stipulate under Fed. R. Civ. P. 41(a)(1)(A)(ii) to the voluntary dismissal without prejudice of Plaintiff Cameron Johnson's claim in the above-captioned action.[1]

Dated: Oct. 28, 2025

Respectfully submitted,

/s/ Elliot O. Jackson
Elliot O. Jackson
NY Attorney Reg. No. 6076798
HEDIN LLP
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107

---

[1] For purposes of clarity, this Joint Stipulation of Dismissal of Plaintiff Cameron Johnson's Claim does not operate on the claim asserted by Plaintiff Benjamin Kye, which remains active in the above-captioned action.

Facsimile: (305) 200-8801
ejackson@hedinllp.com

Tyler K. Somes (*pro hac vice*)
District of Columbia Bar No. 90013925
HEDIN LLP
1100 15th Street NW, Ste 04-108
Washington, D.C. 20005
Telephone: (202) 900-3332
Facsimile: (305) 200-8801
tsomes@hedinllp.com

Matthew J. Langley
NY Attorney Reg. No. 4831749
ALMEIDA LAW GROUP LLC
849 W. Webster Avenue
Chicago, Illinois 60614
Telephone: (312) 576-3024
matt@almeidalawgroup.com

*Counsel for Plaintiffs and Putative Class*

James R. Horner
NY Attorney Reg. No. 5902291
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5828
jhorner@sidley.com

*Counsel for Defendants*

The Clerk of Court is directed to not close this case.

SO ORDERED:

_____
The Honorable Jeannette A. Vargas
United States District Judge
Dated: November 5, 2025